# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | **:** | |
| **JACK MAYER,** | **:** | |
| *Petitioner*, | **:** | **CIVIL ACTION** |
| **v.** | **:** | |
| | **:** | **NO.  17-2375** |
| **JAY LANE, SUPERINTENDENT** | **:** | |
| **OF PENNSYLVANIA SCI FAYETTE,** | **:** | |
| *Respondent*. | **:** | |

# O R D E R

**AND NOW**, this 15th day of May, 2018, upon consideration of the Petition for Writ of

*Habeas Corpus* filed by Petitioner Jack Mayer (Doc. No. 1), the Response thereto (Doc. No. 9),

Magistrate Judge Timothy Rice's Report & Recommendation (Doc. No. 10), and Petitioner's

Affidavit and Amended Objections to the Report & Recommendation (Doc. Nos. 11 and 17), it is

hereby **ORDERED** that:

1. The Petitioner's Amended Objections (Doc. No. 17) are **OVERRULED**.[1]

2. The Report & Recommendation (Doc. No. 10) is **APPROVED** and **ADOPTED**.

3. The Petition for Writ of *Habeas Corpus* (Doc. No. 1) is **DISMISSED** with

    prejudice without an evidentiary hearing.

4. There is no probable cause to issue a certificate of appealability.[2]

---

[1]    The Court agrees with Magistrate Judge Rice that Mr. Mayer's petition is untimely under 28 U.S.C. § 2244(d).  *See* Report & Recommendation at 2.  Further, the Court agrees that Mr. Mayer has not alleged facts sufficient to show that he is entitled to equitable tolling.  *See id.* at 2–4.  Finally, the Court agrees that the circumstances of this case do not fit the narrow exception of *Martinez v. Ryan*, 566 U.S. 1 (2012).  *See* Report & Recommendation at 4.

[2]    A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including

statistics.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

(3d Cir. 2004). The Court agrees with Magistrate Judge Rice that there is no probable cause to issue such a certificate in this action.